UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22302-RAR

JANE DOE (C.R.),

    Plaintiff,

v.

NCL (BAHAMAS) LTD., *et al.*,

    Defendants.

_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On June 21, 2023, Plaintiff filed the Complaint, [ECF No. 1]. To date, there is no indication in the court file that Defendants have been served with the summons and Complaint. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon a defendant within ninety days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **September 19, 2023**, Plaintiff shall perfect service upon Defendants or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **September 19, 2023**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**