UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22302-RAR

**JANE DOE (C.R.)**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**, *et al.*,

    Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendant NCL (BAHAMAS) LTD. has been served with process. *See* Waiver of the Service of Summons, [ECF No. 5]. However, no proof of service has been filed for Defendants ONE SPA WORLD LLC and MANDARA SPA (HAWAII), LLC. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant NCL (BAHAMAS) LTD. shall not file a response until Defendants ONE SPA WORLD LLC and MANDARA SPA (HAWAII), LLC have been served with process. After Defendants ONE SPA WORLD LLC and MANDARA SPA (HAWAII), LLC have been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Plaintiff shall promptly file a return of service after serving Defendants ONE SPA WORLD LLC and MANDARA SPA (HAWAII), LLC.

**DONE AND ORDERED** in Miami, Florida, this 18th day of August, 2023.

                                                        _____
                                                        RODOLFO A. RUIZ II
                                                       UNITED STATES DISTRICT JUDGE